**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-00539-KMT

TRACY L. WORSHAM,

    Plaintiff,

v.

H & R ACCOUNTS, INC. D/B/A AVADYNE HEALTH,

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL**

---

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, TRACY L. WORSHAM, voluntarily dismisses Defendant, H & R ACCOUNTS, INC. D/B/A AVADYNE HEALTH, without prejudice from this action with each party to bear its own attorney's fees and costs.  This notice of voluntary dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: April 21, 2020

    Respectfully submitted,

    **TRACY L. WORSHAM**

    By: */s/ Joseph S. Davidson*

    Mohammed O. Badwan
    Joseph S. Davidson
    SULAIMAN LAW GROUP, LTD.
    2500 South Highland Avenue
    Suite 200

1

Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com
jdavidson@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Colorado by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joseph S. Davidson*